UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **MARK FREEMAN,** | : | VIOLATIONS:  18 U.S.C. § 371 |
| | : | (Conspiracy to Commit |
| | : | 18 U.S.C. § 513 – |
| Defendant. | : | Forged Security of an |
| | : | Organization). |

### I N F O R M A T I O N

The United States Attorney informs the Court:

### COUNT ONE - CONSPIRACY

#### Introduction

At all times material to this Information:

1.	Federation of American Hospitals ("FAH") was an association made up of private or investor-owned hospitals throughout the United States. Members of FAH include general community and teaching hospitals as well as rehabilitation, long-term acute care, cancer, and psychiatric hospitals. FAH acted as a spokesperson and representative of its members to the federal government's legislative and executive branches and advocated for or against legislation and policies which affected the health care industry and its members. FAH had been in existence since the mid 1960's, and at least during the period of the conspiracy, was located at 801 Pennsylvania Avenue, N.W., Washington, D.C. and it operated in and its activities affected interstate commerce.

2.	Co-conspirator A was employed as FAH's Controller. As such, Co-conspirator A's responsibilities at FAH included: running the day to day financial operations of FAH; charting expenses against the overall budget; and maintaining FAH's books and records. As part of the daily

operations, Co-conspirator A would receive vendor invoices, prepare reimbursement checks to pay the invoices through FAH's computer system, attach the invoice, supporting documents, and check in a packet of material, and present to appropriate FAH personnel for authorization and signature. If the reimbursement check were in an amount less than $2,000, then only one signature would be required.

3. The defendant MARK FREEMAN worked at FAH as an executive assistant specifically for the Chief Financial Officer, but his duties also covered the other senior executive staff. The defendant FREEMAN would prepare reports, power point presentations; he would cover scheduling and communications. The defendant FREEMAN would assist Co-conspirator A in providing documents to the Chief Financial Officer, including expense reports or reimbursement checks to be signed.

### The Conspiracy

4. From mid 2003 to at least April 2005, in the District of Columbia and elsewhere, the defendant MARK FREEMAN did unlawfully and knowingly conspire, combine, confederate, and agree with other persons both known and unknown to the United States to commit offenses against the United States, that is by making, uttering, and possessing forged securities of an organization which operates in and activities of which affect interstate commerce, in violation of 18 U.S.C. §513.

### Goal of the Conspiracy

5. It was the goal of the conspiracy that defendant MARK FREEMAN and his co-conspirators would steal money from FAH by altering the name of the payee on various FAH checks and then cashing or depositing the altered and forged checks, using the resulting funds for their own benefit.

**Manner and Means**

6. It was a part of the conspiracy that at some point in 2003, the defendant MARK FREEMAN learned that Co-conspirator A often submitted two reimbursement checks for the same expense. After being confronted by the defendant FREEMAN, Co-conspirator A confided to the defendant FREEMAN that he submitted two checks as if to reimburse for the same expense, with one check sent to the legitimate vendor and the other check altered and used for Co-conspirator A's own benefit.

7. It was a further part of the conspiracy that after learning of the scheme, the defendant MARK FREEMAN assisted Co-conspirator A by: one, by not informing the Chief Financial Officer or anyone else at FAH about what he saw and learned; and two, by handing reimbursement checks to the Chief Financial Officer to be signed.

8. It was a further part of the conspiracy that one of the members of the conspiracy would request that the Chief Financial Officer or some other authorized signator sign two reimbursement checks to reimburse the identical expense at different times. Afterwards, Co-conspirator A would send one check to the vendor and then change the name of the payee on the second reimbursement check, by inserting his own name or the name of the defendant MARK FREEMAN. For some checks, Co-conspirator A would also increase the amount of the check.

9. It was a further part of the conspiracy that as a result of the defendant MARK FREEMAN's assistance to the scheme, the Controller gave the defendant FREEMAN forged and altered FAH checks providing him with undeserved funds. In all, Mr. Freeman received about 35 checks worth a total of $48,069, which he was not entitled to receive from FAH.

**Overt Acts**

In furtherance of the conspiracy and to effect the objects thereof, the defendant MARK FREEMAN and other members of the conspiracy committed the following overt acts, among others, in the District of Columbia and elsewhere:

10. On or about October 7, 2004, in the District of Columbia, a member of the conspiracy submitted check No. 113316, written on the bank account belonging to FAH, to the Chief Financial Officer for signature, as if it were to pay a vendor.

11. On or about October 7, 2004, in the District of Columbia, Co-conspirator A altered check No. 113316, inserting the defendant MARK FREEMAN'S name, when in truth, the defendant FREEMAN was not entitled to receive the check or the money from the check.

12. On or about October 7, 2004, in the District of Columbia, Co-conspirator A gave the defendant MARK FREEMAN the forged and altered check No. 113316, in the amount of $1,250.00, a check which the defendant FREEMAN was not entitled to receive.

**(Conspiracy, in violation of Title 18, United States Code, Section 371)**

KENNETH L. WAINSTEIN

United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C.  20530