UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 06-278
)
)
MARK FREEMAN )

WAIVER OF INDICTMENT

I, **MARK FREEMAN**, the above-name defendant, who is accused of

18 USC 371
Conspiracy to Commit
18 USC 513
Forge Security of an Organization

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **October 11, 2006** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: Oct 11, 2006
Judge John D. Bates