UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | Criminal No. 06-278(JDB) |
| v. | * | |
| | * | |
| **MARK FREEMAN** | * | |

## MR. FREEMAN'S MEMORANDUM IN AID OF SENTENCING

### INTRODUCTION

Mr. Freeman respectfully asks this Court to depart from the voluntary sentencing guidelines and sentence him to some period of probation. Mr. Freeman's substantial cooperation with the government virtually assured the conviction of the co-defendant,[1] and preserved the Court's time and resources. A sentence including jail time would be catastrophic to Mr. Freeman's personal life and totally ruin his professional career.

### DISCUSSION

Mr. Freeman cooperated with the government from the beginning without the benefits of legal representation or a "5K1.1" motion filed on his behalf. Mr. Freeman immediately confesses to FBI agents his involvement and Mr. Mairena's role in the embezzlement scheme. The fruits of Mr. Freeman's cooperation surely led to an early plea by his co-defendant saving the Court and taxpayers time and money.

Mr. Freeman is a productive member of society who doesn't belong behind prison walls. He is forty-three years old; gainfully employed; and living with a terminal disease since 1993. Mr. Freeman has had some problems with the law in the past involving credit cards or theft. These problems arose out lapses in judgment on Mr. Freeman's

---

[1] Mr. Doug Mairena, the Controller of the Federation of American Hospitals.

behalf, and also a past of not "feeling loved." Mr. Freeman is a homosexual male who was raped by a group of boys when he was younger; he also lost his mother at a very young age. Mr. Freeman openly discusses in his pre-sentencing report that he used material things to fill the void that he felt inside himself. The need for filling this void sometimes leads to his misguided behavior. When approached by the FBI agents Mr. Freeman was a changed man. This is the reason Mr. Freeman opened up to them with the risk of prison time hanging in the balance.

     Mr. Freeman has a great job and earns over $60,000 a year. He is very bright and a tremendous asset to his employer. A jail sentence would take all of this away from Mr. Freeman. The physical toll of prison will be draconian and take a physical toll on Mr. Freeman.

     Mr. Freeman is currently involved in a clinical research study with GlaxoSmithKline relating to his terminal disease. Mr. Freeman weighed back in March 2004 almost three hundred pounds, but after gastric bypass surgery lost 100 pounds. He suffers from hypertension, sleep apnea, and elevated cholesterol and triglycerides. Prison is not the only punishment appropriate for Mr. Freeman's actions.

## CONCLUSION

     The defense believes that probation is the appropriate sentence for Mr. Freeman in this case. A jail of term of nine to fifteen months will be very detrimental to Mr. Freeman's life.

     THEREFORE, Mr. Freeman respectfully asks this Court to depart from the voluntary sentencing guidelines and sentence Mr. Freeman to some term of probation.

          Respectfully submitted,

          _____/s/_____
          TONY L. BOOKER, ESQ. #478020
          Law Offices of Tony L. Booker PLLC
          1003 K Street NW Suite 200
          Washington, D.C. 20001
          (202) 521-2902 phone
          (202) 347-3702 fax

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 14th day of March 14, 2007, that a copy of the foregoing Memorandum in Aid of Sentencing was served via ECF to Virginia Cheatham, Esq., Assistant United States Attorney.

          _____/s/_____
          Tony L. Booker, Esq.
          Counsel for Mark Freeman