HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

**FILED**

APR 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Mark Freeman                                Docket No.: 06-278-01

TO:  DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Mark Freeman__ having been sentenced, on March 20, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __MDC Brooklyn__, in __Brooklyn, NY__ by 2 p.m., on __May 16, 2007__.

_April 17, 2007_
Date

_[signature]_
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_[signature]_
ATTORNEY/U.S. PROBATION OFFICER

_[signature]_
DEFENDANT

Revised 6-2004