# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. Freeman, Mark                                             Docket No.:CR06-278

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

**THE COURT ORDERS:**

☒ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____Hearing on Violation or ____Modification Hearing with Voluntary appearance

   ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other  _____

**FILED**
SEP 0 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____
United States District Judge

9/02/08
Date

